UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

DAMON GROOMS and ERNEST HEMPHILL

    Defendants.

------------------------------------- x

ORDER

20 Crim. 558 (GBD)

GEORGE B. DANIELS, District Judge:

The December 10, 2020 status conference is adjourned to February 11, 2021 at 10:00 a.m. Time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), until that time.

Dated: New York, New York
       December 2, 2020

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
United States District Judge