UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

UNITED STATES OF AMERICA,

-against-

DAMON GROOMS and ERNEST HEMPHILL

Defendants.

------------------------------------- X

ORDER

20 Crim. 558 (GBD)

GEORGE B. DANIELS, District Judge:

The April 8 and April 14, 2021 status conferences are adjourned to May 20, 2021 at 10:00 a.m. Time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), until that time.

Dated: New York, New York
April 7, 2021

SO ORDERED.

*[signature]*

GEORGE B. DANIELS
United States District Judge