UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

UNITED STATES OF AMERICA,

    -against-

DAMON GROOMS

                Defendants.

ORDER

20 Crim. 558 (GBD)

------------------------------------ X

GEORGE B. DANIELS, District Judge:

    Defendant Grooms' second motion for bail pursuant to 18 U.S.C. § 3142 and Rule 46 of the Federal Rules of Criminal Procedure, (ECF No. 45), is DENIED.

    Defendant Grooms' motion to supress statements, (ECF No. 48.), is moot given Defendant's guilt plea entered on March 9, 2022.

    The Clerk of Court is directed to close both motions.

Dated: New York, New York
       March 09, 2022

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge